UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.16-61640-CIV-DIMITROULEAS

LIONAL DALTON,

    Plaintiff,

vs.

COLLECTED SERVICES INC. d/b/a
MATTRESS DEPOT, and EIRE 958 LLC,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 15]. The Court has considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is **APPROVED**;

2. The above-styled action is hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 29th day of September, 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

1